**Maria Auxilio RODRIGUEZ–LANDA, a.k.a. Veronica Avina–Martinez, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–75228.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 25, 2011.

Robert Bradford Jobe, Esquire, Law Offices of Robert B. Jobe, San Francisco, CA, for Petitioner.

OIL, Zoe Jaye Heller, Esquire, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Maria Auxilio Rodriguez–Landa, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her motion to reopen deportation proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Garcia v. INS,* 222 F.3d 1208, 1209 (9th Cir.2000) (per curiam), and we deny the petition for review.

The agency did not abuse its discretion in denying Rodriguez–Landa's motion to reopen because Rodriguez–Landa's former counsel received proper notice of the deportation hearing held on April 14, 1994. *See id.* (notice to an attorney of record constitutes notice to petitioner); *cf. Flores–Chavez v. Ashcroft,* 362 F.3d 1150, 1153 (9th Cir.2004).

Rodriguez–Landa's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.